IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GEORGE HEWREAS STRATOS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-2912-L (BH)** |
| | § | |
| **AMR, INC.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 27, 2012, recommending that Plaintiff George Hewreas Stratos's ("Stratos") claims, except for his employment discrimination claim, be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Stratos, who is proceeding *pro se*, did not file objections to the Report. After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** Stratos's claims against Defendants, except for his employment discrimination claim, which was severed and transferred to the Fort Worth division of the Northern District of Texas on August 27, 2012.

**It is so ordered** this 18th day of September, 2012.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page